AO 450 (Rev. 5/85)

# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| TERRY A. SEABRIGHT,<br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>*Commissioner of Social Security*,<br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:10-CV-190-BO** |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. 405(g) and remands the case to the Commissioner for further proceedings.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **DECEMBER 30, 2010** WITH A COPY TO:

Elizabeth F. Lunn (via CM/ECF Notice of Electronic filing)
Charlotte M. Connery-Aujla (via CM/ECF Notice of Electronic filing)


December 30, 2010                           DENNIS P. IAVARONE, Clerk
Date                                         Eastern District of North Carolina

                                                              /s/ Debby Sawyer
                                                              (By) Deputy Clerk

Raleigh, North Carolina